AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 24-mj-1278 | 08/01/2024 @ 6:00am | Gabrielle McKnight |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

See Attached.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/09/2024

_____
Executing officer's signature

Melissa Zundel, FBI SA
Printed name and title

G20 U.S. GOVERNMENT PRINTING OFFICE: 2019-409-314

FD-597 (Rev. 4-13-2015)                                                                 Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 245C-PG-3797188

On (date): 8-1-24

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Gabrielle McKnight
(Street Address) 1105 Highland Ave APT #1
(City) New Castle, PA

Description of Item(s):
- Two (2) bags of marijuana
- Digital weigh scale
- Ten (10) bags of marijuana
- One (1) Foodsaver bag of marijuana
- One (1) Springfield Armory Hellcat handgun - serial # BB185303 - 11 rounds in chamber - 1 in chamber

Received By: (Signature)
Printed Name/Title: TFO Ron Piche

Received From: TFO (Signature)
Printed Name/Title: TFO Josh Thomas

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☑ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>1105 Highland Ave, Apt 1, New Castle, PA | )<br>)<br>) Case No. 24-mj-1278<br>)     [UNDER SEAL]<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the   Western   District of   Pennsylvania  
*(identify the person or describe the property to be searched and give its location)*:

1105 Highland Ave, Apt 1, New Castle, PA / "Highland Ave Location": This location is a multi-family house, with tan siding on the exterior, and a parking area behind the house adjacent to an alleyway in the rear. The apartment door is located on the first floor of the rear of the house.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A (incorporated by reference herein).

**YOU ARE COMMANDED** to execute this warrant on or before   August 12, 2024   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   the Duty Magistrate Judge  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   07/30/2024 3:00 pm          *[signature]*
                                                                                                        *Judge's signature*

City and state:   Pittsburgh, Pennsylvania             Honorable Maureen P. Kelly, U.S. Magistrate Judge
                                                                                                              *Printed name and title*

## ATTACHMENT A

### LIST OF ITEMS TO BE SEARCHED AND SEIZED

The location listed on the search warrant, including the curtilage and any outbuildings and vehicles located there, for evidence of violations of 21 U.S.C. §§ 841, 843, and 846, including any of the following items found there:

1) controlled substances;

2) paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes, mirrors, razor blades, plastic bags, stamp bags, microwave ovens, heat-sealing devices, and diluents such as mannitol, mannite, and inositol;

3) books, records, receipts, notes, ledgers, letters, and other papers relating to the distribution of controlled substances, travel for the purpose of acquiring and/or distributing controlled substances, and to monetary transactions involving the proceeds from the sale of controlled substances;

4) personal books, papers, cell phones, and other electronic devices;

5) cash, currency, and records relating to the generation of income and the expenditure of such income (including income from the sale of controlled substances), including money orders, wire transfers, cashier's checks and receipts, bank statements, passbooks, checkbooks, check registers, and tax return information, as well as consumer items such as electronic equipment, vehicles, jewelry, and precious metals such as gold and silver, and precious gems such as diamonds;

6) documents and other records indicating travel in interstate and foreign commerce, such as maps, GPS coordinates, navigation coordinates, travel itineraries, plane tickets, boarding passes, motel and hotel receipts, passports and visas, credit card receipts, and telephone bills and related communications;

7) computers, cellular telephones, electronic tablet devices, and other electronic media; including any incoming and outgoing call and text message logs, contact lists, photo and video galleries, sent and received text messages, online searches and sites viewed via the internet, online or electronic communications sent and received (including email, chat, and instant messages), sent and received audio files, navigation, mapping, and GPS files, telephone settings (including contact lists), and related identifying information such as telephone identification numbers, call forwarding information, messages drafted but not sent, and voice messages;

8) firearms and other dangerous weapons;

9) identification evidence and/or indicia, such as cell phones with particular numbers, mail, deeds, leases, rental agreements, photographs, bills, and identification documents, that tend to identify the person(s) in residence, occupancy, control, or ownership of subject premises and/or subject communication devices; and

10) evidence that rebuts common defenses, such as evidence that demonstrates drugs were not possessed for personal use and the absence of legitimate income to cover expenses.